UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALEO INTELLECTUAL PROPERTY, INC.,

           Plaintiff,

v.

DATA DEPTH CORPORATION,

           Defendant.

CASE NO. C04-2406JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Pursuant to the court's teleconference this afternoon with the parties wherein they reached agreement on the dispute presented in Defendant's recent motion (Dkt. # 94), the court STRIKES that motion. As discussed with the parties, the court directs the clerk to renote the pending cross-motions for summary judgment (Dkt. # 69, 85) for consideration on September 9, 2005. The parties shall execute their settlement in this action and provide notice of the settlement to the court no later than August 31, 2005.

Filed and entered this 19th day of August, 2005.

                              BRUCE RIFKIN, Clerk

                                    s/Mary Duett

                              By

                                    Deputy Clerk

MINUTE ORDER